**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GEORGE J. LATELLE, JR., | ) | |
| Plaintiff, | ) | Case No.  2:11-cv-00591-LDG-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| AUTOZONERS LLC; AMY NAGLE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' Requested Exception from Attendance at Early Neutral Evaluation at 9 A.M. on July 6, 2011 (#16), filed June 22, 2011.  Plaintiff filed a Notice of Non-Opposition (#20) on June 23, 2011.  Accordingly,

**IT IS HEREBY ORDERED** that  Defendants' Requested Exception from Attendance at Early Neutral Evaluation at 9 A.M. on July 6, 2011 (#16) is **granted**.

Dated this 27th day of June, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge