# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YVETTE WEINSTEIN, Trustee of the George J. Latelle, Jr., Bankruptcy Estate,

    Plaintiff,

v.

AUTOZONERS LLC, *et al*.,

    Defendants.

Case No. 2:11-cv-00591-LDG (CWH)

**PARTIAL SUMMARY JUDGMENT**

This matter having come before the Court on the parties' Motions for Partial Summary Judgment, the Court having GRANTED the motions, therefore,

THE COURT **ORDERS AND ADJUDGES** that the First Cause of Action for Retaliatory Discharge in Violation of the Family and Medical Leave Act is DISMISSED, with prejudice, against Defendant Autozoners LLC.

THE COURT FURTHER **ORDERS AND ADJUDGES** that Defendant Autozoners LLC is LIABLE as to the Second Cause of Action for Interference with the rights of George J. Latelle, Jr. under the Family and Medical Leave Act.

THE COURT FURTHER **ORDERS AND ADJUDGES** that the DAMAGES for which Defendant Autozoners LLC's is liable as to the Second Cause of Action for Interference

with the rights of George J. Latelle, Jr. under the Family and Medical Leave Act are LIMITED to an amount not greater than necessary for Yvette Weinstein, Trustee, to satisfy the timely-filed claims of the creditors of the bankruptcy estate of George J. Latelle, Jr., and no amount of such damages may be distributed to George J. Latelle, Jr.

DATED this _5_ day of March, 2014.

_____
Lloyd D. George
United States District Judge

2