# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YVETTE WEINSTEIN, Trustee of the George J. Latelle, Jr., Bankruptcy Estate,

    Plaintiff,

v.

AUTOZONERS LLC, *et al*.,

    Defendants.

Case No. 2:11-cv-00591-LDG (CWH)

**FINAL JUDGMENT**

This matter having come before the Court on the parties' Motions for Partial Summary Judgment, the Court having GRANTED the motions, and having come before the Court on the parties' Motions to Alter or Amend the Judgment, and having come before the Court on plaintiff's motion for attorney's fees and costs, therefore,

THE COURT **ORDERS AND ADJUDGES** that the First Cause of Action for Retaliatory Discharge in Violation of the Family and Medical Leave Act is DISMISSED, with prejudice, against Defendant Autozoners LLC.

THE COURT FURTHER **ORDERS AND ADJUDGES** that Defendant Autozoners LLC is LIABLE in the amount of $13,630.89 to Plaintiff Yvette Weinstein, Trustee of the George J. Latelle, Jr., Bankruptcy Estate, as to the Second Cause of Action for

Interference with the rights of George J. Latelle, Jr. under the Family and Medical Leave Act.

    THE COURT FURTHER **ORDERS AND ADJUDGES** that no amount of the damages awarded to the plaintiff may be distributed to George J. Latelle, Jr.

    THE COURT FURTHER **ORDERS AND ADJUDGES** that Defendant Autozoners LLC shall pay Plaintiff Yvette Weinstein, Trustee of the George J. Latelle, Jr., Bankruptcy Estate, attorney's fees in the amount of $44,920, costs in the amount of $5,179.40, and expert fees in the amount of $6,569.00.

DATED this ___12___ day of September, 2014.

_____
Lloyd D. George
United States District Judge

2